IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN K. CHANG, M.D., ) | CIV. NO. 12-00617 DKW-RLP |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ADOPTING |
| vs. ) | MAGISTRATE JUDGE'S |
| ) | FINDINGS AND |
| STRAUB CLINIC AND ) | RECOMMENDATION |
| HOSPITAL, JOHN DOES 1 TO 5; ) | |
| DOE PARTNERSHIPS 1 TO 5; ) | |
| DOE CORPORATIONS 1 TO 5; ) | |
| AND DOE GOVERNMENTAL ) | |
| ENTITIES 1 TO 5; ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 5, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant In Part And Deny In Part Defendant Straub Clinic And

Hospital's Bill Of Costs" (ECF No. [85]) are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawai'i, February 24, 2014.



    /s/ Derrick K. Watson
    Derrick K. Watson
    United States District Judge

---

Melvin K. Chang, M.D. v. Straub Clinic & Hospital, Inc. et al.;
CV 12-00617 DKW-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION